# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| Soo Line Railroad Company d/b/a Canadian Pacific Railway, Plaintiff<br>v.<br>Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters, Defendant | FILED: MARCH 28, 2008<br>08CV1813          EDA<br>JUDGE DER YEGHIAYAN<br>MAGISTRATE JUDGE COX |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Soo Line Railroad Company d/b/a Canadian Pacific Railway

| NAME (Type or print) |
|---|
| Patrick S. Casey |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ Patrick S. Casey |

| FIRM |
|---|
| SIDLEY AUSTIN LLP |

| STREET ADDRESS |
|---|
| One South Dearborn Street |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6188056 | (312) 853-7149 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐