IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

|  |  |
|---|---|
| SOO LINE RAILROAD COMPANY<br>d/b/a CANADIAN PACIFIC RAILWAY,<br><br>       *Plaintiff,*<br><br>v.<br><br>BROTHERHOOD OF MAINTENANCE OF WAY<br>EMPLOYES DIVISION OF THE INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS,<br><br>       *Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No.<br>)<br>) FILED: MARCH 28, 2008<br>) 08CV1813           EDA<br>) JUDGE DER YEGHIAYAN<br>) MAGISTRATE JUDGE COX<br>)<br>)<br>) |

## CORPORATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2

       Plaintiff Soo Line Railroad Company d/b/a Canadian Pacific Railway is a wholly owned subsidiary of Soo Line Corporation, which is an indirect wholly owned subsidiary of Canadian Pacific Railway Company, which is a wholly owned subsidiary of Canadian Pacific Railway Limited, a publicly held Canada corporation.

                                       Respectfully submitted,

                                       __/s/  Patrick S. Casey_____
                                       James S. Whitehead
                                       Patrick S. Casey
                                       SIDLEY AUSTIN LLP
                                       One South Dearborn
                                       Chicago, Illinois  60603
                                       (312) 853-7149

                                       *Attorneys for Soo Line Railroad Company*