**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Soo Line Railroad Company
                                     Plaintiff,

v.
                                     Case No.: 1:08−cv−01813

                                     Honorable Samuel Der−Yeghiayan

Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: The Docket reflects that Defendant's responsive pleading is due by 05/30/08. Therefore, initial status hearing reset to 06/10/08 at 9:00 a.m. Initial status hearing set for 05/28/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.