UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.1.3**
Eastern Division

Soo Line Railroad Company

                              Plaintiff,

v.                                              Case No.: 1:08−cv−01813

                                                               Honorable Samuel Der−Yeghiayan

Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 28, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant's motion for extension of time to answer or otherwise plead [12] is granted to and including 06/17/08. Status hearing reset to 06/19/08 at 9:00 a.m. Status hearing set for 06/10/08 is stricken. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.