IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SOO LINE RAILROAD CO.<br>d/b/a CANADIAN PACIFIC RAILWAY<br><br>    Plaintiff,<br><br>    v.<br><br>BROTHERHOOD OF MAINTENANCE OF WAY<br>EMPLOYES DIVISION OF THE INTERNATIONAL<br>BROTHERHOOD OF TEAMSTERS<br><br>    Defendant. | Civil Action No. **08-CV-1813**<br>Judge Der-Yeghiayan<br>Magistrate Judge Cox |

# NOTICE OF MOTION

On June 19, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, we will appear before the Honorable Judge Samuel Der-Yeghiayan at the Dirksen Federal Building, 219 South Dearborn Street, Chicago, IL, and present Brotherhood of Maintenance of Way Employes Division's **MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Of Counsel: |  |
| William A. Bon, Esq. |  |
| General Counsel |  |
| Brotherhood of Maintenance | Richard S. Edelman |
| Of Way Employes Division/IBT | O'Donnell, Schwartz & Anderson, P.C. |
| 20300 Civic Center Dr. Suite 320 | 1900 L Street, N.W., Suite 800 |
| Southfield, MI 48076-4169 | Washington, DC 20036 |
| (248) 948-1010 | Telephone: (202) 898-1824 |
|  | Facsimile: (202) 429-8928 |
|  | REdelman@odsalaw.com |
|  |  |
| June 17, 2008 | s/ William L. Phillips |
|  | William L. Phillips |
|  | Attorney at Law |
|  | 100 N. LaSalle St. Suite 1605 |
|  | Chicago, IL 60602 |
|  | Telephone: (847) 644-1901 |
|  | Facsimile: (312) 332-9595 |
|  | bill@wlphillips.com |
|  |  |
|  | Attorneys for Defendant |
|  | Brotherhood of Maintenance of Way Employes Division/IBT |

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2008, a copy of the foregoing Answer was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this document through the Court's system.

s/ William L. Phillips