UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Soo Line Railroad Company

              Plaintiff,

v.                     Case No.: 1:08−cv−01813

                       Honorable Samuel Der−Yeghiayan

Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters

              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 19, 2008:

  MINUTE entry before the Honorable Samuel Der−Yeghiayan: Defendant Brotherhood of Maintenance of Way Employees Division of the International Brotherhood of Teamsters' motion to dismiss for lack of jurisdiction [16] is entered and continued. Plaintiff's response shall be filed by 07/14/08 and Defendant's reply shall be filed by 07/28/08. Status hearing held and continued to 08/27/08 at 9:00 a.m. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.