IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SOO LINE RAILROAD COMPANY <br> d/b/a CANADIAN PACIFIC RAILWAY, <br><br> *Plaintiff,* <br><br> v. <br><br> BROTHERHOOD OF MAINTENANCE OF WAY <br> EMPLOYES DIVISION OF THE INTERNATIONAL <br> BROTHERHOOD OF TEAMSTERS, <br><br> *Defendant.* | Civil Action No. 08 CV 1813 <br><br> Judge Der-Yeghiayan <br> Magistrate Judge Cox |

## NOTICE OF MOTION

To:  William L. Phillips  
100 N. LaSalle St.  
Suite 1605  
Chicago, IL 60602  

William A. Bon  
General Counsel  
Brotherhood of Maintenance of  
Way Employes Division/IBT  
20300 Civic Center Drive  
Suite 320  
Southfield, MI 48076-4169  

Richard S. Edelman  
O'Donnell, Schwartz &  
Anderson, P.C.  
1300 L Street, N.W.  
Suite 1200  
Washington, D.C. 20005  

**PLEASE TAKE NOTICE** that on **Wednesday, August 13, 2008, at 9:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned will appear before the Honorable Samuel Der-Yeghiayan, or any judge sitting in his stead, in courtroom 1903, 219 South Dearborn Street, Chicago, Illinois and present the attached *Unopposed Motion Of Plaintiff Soo Line Railroad Company For An Order Holding The Record Open On Defendant's Motion To Dismiss Pending The Deposition Of Third-Party Witness Gordon E. Smith And Allowing The Filing Of Supplemental Memoranda* in the above matter, a copy of which is hereby served upon you.

Dated: August 8, 2008

*Attorneys for Plaintiff Soo Line Railroad Company*

<u>s/ James S. Whitehead</u>
James S. Whitehead
Patrick S. Casey
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-7000

Jeffrey S. Berlin
Mark E. Martin
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C.  20005
(202) 736-8178

2

## CERTIFICATE OF SERVICE

James S. Whitehead, one of the attorneys for Plaintiff, hereby certifies that service of the attached was accomplished pursuant to the ECF system on:

William L. Phillips

and by United States mail, first-class postage prepaid on:

| | |
|---|---|
| Richard S. Edelman | William A. Bon |
| O'Donnell, Schwartz & Anderson, P.C. | General Counsel |
| 1300 L Street, N.W., Suite 1200 | Brotherhood of Maintenance of Way |
| Washington, D.C. 20005 | Employes Division/IBT |
| | 20300 Civic Center Drive, Suite 320 |
| | Southfield, MI 48076-4169 |

on August 8, 2008

s/ James S. Whitehead

CH1 4369205v.1