UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Soo Line Railroad Company

                Plaintiff,

v.

Brotherhood of Maintenance of Way Employes Division of the International Brotherhood of Teamsters

                Defendant.

Case No.: 1:08−cv−01813

Honorable Samuel Der−Yeghiayan

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

      MINUTE entry before the Honorable Samuel Der−Yeghiayan: Plaintiff's unopposed motion for an order holding the record open on defendants motion to dismiss pending the deposition of third−party witness Gordon E. Smith and allowing the filing of supplemental memoranda [27] is granted. The deposition shall be noticed in time to be completed no later than 09/12/08. The parties are given until 09/24/08 to file their supplemental brief. Status hearing set for 10/02/08 to stand. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.